UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x     08 CV 2365
ARTHUR BELFIORE,

           Plaintiff,                    **FEDERAL RULE 7.1
                                           STATEMENT**

      v.

979 THIRD AVENUE ASSOCIATES, LLC, D&D
BUILDING COMPANY, LLC, COHEN BROTHERS
REALTY CORPORATION AND TRICON CONSTRUCTION
SERVICES, INC.,

           Defendants.
----------------------------------------x

    Pursuant to Federal Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for 979 Third Avenue Associates, LLC, D&D Building Company LLC and Cohen Brothers Realty Corporation, certifies that the following are corporate parents, subsidiaries, or affiliates of that party: NONE.

DATED: March 20, 2008
       New York, New York

                              Yours, Etc.

                              HOEY, KING, TOKER & EPSTEIN
                              Attorneys for **Defendants**
                              **D&D BUILDING COMPANY LLC AND COHEN BROTHERS REALTY CORPORATION**
                              Office and Post Office Address
                              55 Water Street, 29th Floor
                              New York, New York 10041-2899
                              (212) 612-4200

                              By: _____
                              Angela P. Pensabene (APP 3511)

To:

Wagner & Wagner, LLP
Attorneys for Plaintiff, Arthur Belfiore
2508 Amboy Road
Staten Island, New York 10306