UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ARTHUR BELFIORE,

                        Plaintiffs,                      *Case No.  08-CV-2365
                                                                        (LAP)(RLE)*

   -against-

                                                                           RULE 7.1 STATEMENT

979 THIRD AVENUE ASSOCIATES, LLC, D&D
BUILDING COMPANY, LLC, COHEN BROTHERS
REALTY CORPORATION and TRICON
CONSTRUCTION SERVICES, INC.,

                                        Defendant(s).

------------------------------------------------------------------x

     Pursuant to RULE 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TRICON CONSTRUCTION SERVICES, INC., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which is privately held:

                       **None.**

Dated: New York, New York
       March 25, 2008

                                                  ABRAMS, GORELICK, FRIEDMAN &
                                                  JACOBSON, P.C.
                                                  Attorneys for Defendant,
                                                  TRICON CONSTRUCTION SERVICES, INC.

                                                  By:_____
                                                     Steven DiSiervi (SD – 2511)
                                                One Battery Park Plaza – 4th Floor
                                                New York, New York  10004
                                                (212) 422-1200

TO:   Edward Wagner, Esq.
        WAGNER & WAGNER, LLP
        Attorney for Plaintiff

1

2508 Amboy Road
Staten Island, New York 10306
(718) 667-7400

Angela P. Pensabene, Esq.
HOEY, KING, TOKER & EPSTEIN
Attorneys for the Defendants
979 THIRD AVENUE ASSOCIATES, LLC,
D&D BUILDING COMPANY, LLC, and
COHEN BROTHERS REALTY CORPORATION
55 Water Street
29th Floor
New York, New York 10041-2899
(212) 612-4200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ARTHUR BELFIORE,

                          Plaintiffs,

                                                                                             Case No. 08-CV-2365
                                                                                           (LAP)(RLE)

    -against-

979 THIRD AVENUE ASSOCIATES, LLC, D&D
BUILDING COMPANY, LLC, COHEN BROTHERS
REALTY CORPORATION and TRICON
CONSTRUCTION SERVICES, INC.,

                                                Defendant(s).

------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2008, the foregoing 7.1 Statement was filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service and Local Rule 5.2 upon the following:

| | |
|---|---|
| Edward Wagner, Esq. | Angela P. Pensabene, Esq. |
| WAGNER & WAGNER, LLP | HOEY, KING, TOKER & EPSTEIN |
| Attorney for Plaintiff | Attorneys for the Defendants |
| 2508 Amboy Road | 979 THIRD AVENUE ASSOCIATES, LLC |
| Staten Island, New York  10306 | D&D BUILDING COMPANY, LLC, and |
| (718) 667-7400 | COHEN BROTHERS REALTY |
| | CORPORATION |
| | 55 Water Street |
| | 29th Floor |
| | New York, New York 10041-2899 |
| | (212) 612-4200 |

                                                         Respectfully submitted,

                                                         _____
                                                         Steven DiSiervi (SD – 2511)
                                                         Abrams, Gorelick, Friedman
                                                         & Jacobson, P.C.
                                                         Attorneys for Defendant

TRICON CONSTRUCTION SERVICES, INC.
One Battery Park Plaza
Fourth Floor
New York, New York  10004
(212) 422-1200