UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ARTHUR BELFIORE,

                        Plaintiffs,          ***ANSWER TO CROSS-CLAIMS***

    -against-

                                                    ***Case No. 08-CV-2365 (LAP)(RLE)***

979 THIRD AVENUE ASSOCIATES, LLC, D&D
BUILDING COMPANY, LLC, COHEN BROTHERS
REALTY CORPORATION and TRICON
CONSTRUCTION SERVICES, INC.,

                        Defendant(s).
------------------------------------------------------------------x

        Defendant, TRICON CONSTRUCTION SERVICES, INC., by its attorneys, ABRAMS, GORELICK, FRIEDMAN & JACOBSON, P.C., as and for its Answer to defendants 979 THIRD AVENUE ASSOCIATES, LLC, D&D BUILDING COMPANY, LLC, COHEN BROTHERS REALTY CORPORATION's Cross-Claims allege, upon information and belief, as follows:

        1.      To the extent that a response to paragraph "54" of the defendants 979 THIRD AVENUE ASSOCIATES, LLC, D&D BUILDING COMPANY, LLC, COHEN BROTHERS REALTY CORPORATION's Cross-Claims is required, defendant TRICON CONSTRUCTION SERVICES, INC. denies each and every allegation contained in paragraph "54" and defendant TRICON CONSTRUCTION SERVICES, INC. refers all questions of law to the Court for determination.

        2.      To the extent that a response to paragraph "55" of the defendants 979 THIRD AVENUE ASSOCIATES, LLC, D&D BUILDING COMPANY, LLC, COHEN BROTHERS

1

REALTY CORPORATION's Cross-Claims is required, defendant TRICON CONSTRUCTION SERVICES, INC. denies each and every allegation contained in paragraph "55" and defendant TRICON CONSTRUCTION SERVICES, INC. refers all questions of law to the Court for determination.

3. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in paragraph "56" of defendants 979 THIRD AVENUE ASSOCIATES, LLC, D&D BUILDING COMPANY, LLC, COHEN BROTHERS REALTY CORPORATION's Cross-Claims.

4. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in paragraph "57" of defendants 979 THIRD AVENUE ASSOCIATES, LLC, D&D BUILDING COMPANY, LLC, COHEN BROTHERS REALTY CORPORATION's Cross-Claims and refers all questions of law to the Court for determination.

5. Denies each and every allegation contained in paragraph "58" of the defendants 979 THIRD AVENUE ASSOCIATES, LLC, D&D BUILDING COMPANY, LLC, COHEN BROTHERS REALTY CORPORATION's Cross-Claims and defendant TRICON CONSTRUCTION SERVICES, INC. refers all questions of law to the Court for determination.

6. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in paragraph "59" of defendants 979 THIRD AVENUE ASSOCIATES, LLC, D&D BUILDING COMPANY, LLC, COHEN BROTHERS REALTY CORPORATION's Cross-Claims.

7. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in paragraph "60" of defendants 979 THIRD AVENUE

ASSOCIATES, LLC, D&D BUILDING COMPANY, LLC, COHEN BROTHERS REALTY CORPORATION's Cross-Claims and refers all questions of law to the Court for determination.

8. Denies each and every allegation contained in paragraph "61" of the defendants 979 THIRD AVENUE ASSOCIATES, LLC, D&D BUILDING COMPANY, LLC, COHEN BROTHERS REALTY CORPORATION's Cross-Claims and defendant TRICON CONSTRUCTION SERVICES, INC. refers all questions of law to the Court for determination.

9. Denies each and every allegation contained in paragraph "62" of the defendants 979 THIRD AVENUE ASSOCIATES, LLC, D&D BUILDING COMPANY, LLC, COHEN BROTHERS REALTY CORPORATION's Cross-Claims and defendant TRICON CONSTRUCTION SERVICES, INC. refers all questions of law to the Court for determination.

WHEREFORE, the answering defendant, TRICON CONSTRUCTION SERVICES, INC., demands judgment dismissing defendants 979 THIRD AVENUE ASSOCIATES, LLC, D&D BUILDING COMPANY, LLC, COHEN BROTHERS REALTY CORPORATION's Cross-Claims as to it, together with the costs and disbursements of this action, or, in the alternative, demands that the ultimate rights of the plaintiff, answering defendant, and co-defendants, be determined in this action with regard to all claims, and cross-claims and that the answering defendant have judgment over and against the plaintiff, and the co-defendants, each of them, in the proportion that each of their culpable conduct bears to the entire culpable conduct involved in the occurrence, and have judgment over and against, and indemnity from the plaintiffs and the co-defendants together with the costs and disbursements of this action.

Dated: New York, New York
      March 26, 2008

                                      ABRAMS, GORELICK, FRIEDMAN &
                                      JACOBSON, P.C.

                                         Attorneys for Defendant,
                                         TRICON CONSTRUCTION SERVICES, INC.

                                         By: _____
                                               Steven DiSiervi (SD – 2511)
                                         One Battery Park Plaza – 4th Floor
                                         New York, New York 10004
                                         (212) 422-1200

TO:     Edward Wagner, Esq.
          WAGNER & WAGNER, LLP
          Attorney for Plaintiff
          2508 Amboy Road
          Staten Island, New York 10306
          (718) 667-7400

          Angela P. Pensabene, Esq.
          HOEY, KING, TOKER & EPSTEIN
          Attorneys for the Defendants
          979 THIRD AVENUE ASSOCIATES, LLC,
          D&D BUILDING COMPANY, LLC, and
          COHEN BROTHERS REALTY CORPORATION
          55 Water Street
          29th Floor
          New York, New York 10041-2899
          (212) 612-4200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ARTHUR BELFIORE,

                            Plaintiffs,

                                                                                                  *Case No. 08-CV-2365*
                                                                                                  *(LAP)(RLE)*

    -against-

979 THIRD AVENUE ASSOCIATES, LLC, D&D
BUILDING COMPANY, LLC, COHEN BROTHERS
REALTY CORPORATION and TRICON
CONSTRUCTION SERVICES, INC.,

                            Defendant(s).

------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that on March 26, 2008, the foregoing Answer to Cross-Claims was filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service and Local Rule 5.2 upon the following:

| | |
|---|---|
| Edward Wagner, Esq.<br>WAGNER & WAGNER, LLP<br>Attorney for Plaintiff<br>2508 Amboy Road<br>Staten Island, New York  10306<br>(718) 667-7400 | Angela P. Pensabene, Esq.<br>HOEY, KING, TOKER & EPSTEIN<br>Attorneys for the Defendants<br>979 THIRD AVENUE ASSOCIATES, LLC<br>D&D BUILDING COMPANY, LLC, and<br>COHEN BROTHERS REALTY<br>CORPORATION<br>55 Water Street<br>29th Floor<br>New York, New York 10041-2899<br>(212) 612-4200 |

                                                                                 Respectfully submitted,

                                                                                 Steven DiSiervi (SD – 2511)
                                                                                 Abrams, Gorelick, Friedman
                                                                                 & Jacobson, P.C.
                                                                                 Attorneys for Defendant

1

TRICON CONSTRUCTION SERVICES, INC.
One Battery Park Plaza
Fourth Floor
New York, New York  10004
(212) 422-1200