| | |
|---|---|
| U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY | Office No.<br>Index No. 08CV2365 |
| **ARTHUR BELFIORE** | Plantiff |
| -against-<br>**979 THIRD AVENUE ASSOCIATES, LLC., D & D BUILDING COMPANY, LLC., COHEN BROTHERS REALTY CORPORATION AND TRICON CONSTRUCTION SERVICES INC.** | Defendant<br>**AFFIDAVIT OF SERVICE** |
| STATE OF NEW YORK )<br>COUNTY OF NEW YORK ) | **Secretary of State**<br>**LLC 303** |

**Steven Avery**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **3/25/2008**, at **9:05am**, 41 State Street, Albany, NY 12207

I served the **Summons and Verified Complaint**

Upon **979 THIRD AVENUE ASSOCIATES, LLC.**, the intended recipient,

by delivering two (2) true copies bearing Index # 08CV2365

to **Carol Vogt**, in the office of the Secretary of State of New York,

duly authorized to accept such service on behalf of the intended recipient, and at the time of making such service,

deponent paid the Secretary of State a fee of $40.00.

Deponent describes the person served as follows:

**Sex: Female; Color: White; Hair: Black; Approx. Age: 40; Approx. Height: 5'3";**
**Approx. Weight: 135; Other:**

Said service was made pursuant to Section 303 of the New York State Limited Liability Law.

Sworn to before me on 3/26/2008 :

**Denise Lowe**
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

Steven Avery

13458

Attorney: Wagner & Wagner
2508 Amboy Road, Staten Island, NY 10306
Phone: (718) 667-7400

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776  (108923)