UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTHUR BELFIORE,

                Plaintiff,

- against -

979 THIRD AVENUE ASSOCIATES, L.L.C., et al.,

                Defendants.

---

979 THIRD AVENUE ASSOCIATES, L.L.C., et al.,

                Cross Claimants,

- against -

Tricon Construction Services, Inc.,

                Cross Defendant.

---

Tricon Construction Services, Inc.,

                Cross Claimant,

- against -

979 THIRD AVENUE ASSOCIATES, L.L.C., et al.,

                Cross Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-08

**ORDER**
**08 Civ. 2365 (LAP) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

    Following a conference with the Court on April 15, 2008,

    **IT IS HEREBY ORDERED THAT**

    1) all Third-Party claims be filed with the Court by **May 6, 2008**;

2) the Parties attend a conference with the Court on **May 29, 2008, at 10:00 a.m.**; and

3) discovery be completed by **October 15, 2008**.

**SO ORDERED this 15th day of April 2008**
**New York, New York**

_____
**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**