```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x    Index No.:  08 CV 2365
ARTHUR BELFIORE,
                    Plaintiff,
        v.

979 THIRD AVENUE ASSOCIATES, LLC, D&D         NOTICE OF APPEARANCE
BUILDING COMPANY, LLC, COHEN BROTHERS
REALTY CORPORATION AND TRICON
CONSTRUCTION SERVICES, INC.,


                    Defendants,
---------------------------------------x
TRICON CONSTRUCTION SERVICES, INC.,           Index No.:

            Third-Party Plaintiffs,
        v.

ALL KINDZA FLOORING, INC.,

            Third-Party Defendant,
---------------------------------------x
979 THIRD AVENUE ASSOCIATES, LLC, D&D          Index No.:
BUILDING COMPANY, LLC, COHEN BROTHERS
REALTY CORPORATION,

        Second Third-Party Plaintiffs,

        v.

DAVID SUTHERLAND SHOWROOMS - NEW
YORK LLC, AND ALL KINDZA FLOORING, INC.

        Second Third-Party Defendants.
---------------------------------------x
```

S I R S:

**PLEASE TAKE NOTICE** that Defendants, D&D Building Company LLC, Cohen Brothers Realty Corporation and 979 Third Avenue Associates LLC, hereby appears in the above-entitled action and that the undersigned have been retained as attorneys for said

Defendants and demand that all papers in this action be served upon the undersigned at the office address stated below.

Dated:     May 27, 2008
           New York, New York

                            **HOEY, KING, TOKER & EPSTEIN**
                            Attorneys for Defendants,
                             **D&D Building Company LLC,**
                             **Cohen Brothers Realty**
                             **Corporation and**
                             **979 Third Avenue Associates LLC**
                             55 Water Street, 29th Floor
                             New York, New York 10041-2899
                             (212) 612-4200

                             By: _____
                                Angela P. Pensabene (3511)

To:

**Wagner & Wagner, LLP**
Attorneys for Plaintiff,
 **Arthur Belfiore**
2508 Amboy Road
Staten Island, New York 10306

**Abrams, Gorelick, Friedman & Jacobson, PC**
Attorneys for Defendant,
 **Tricon Construction Services, Inc.**
One Battery Park Plaza, 4th Floor
New York, New York 10004

**David Sutherland Showrooms - New York LLC**
 Third-Party Defendant
Ct Corporation System
111 Eighth Avenue
New York, New York, 10011

**All Kindza Flooring, Inc.**
Third-Party Defendant/
Second Third-Party Defendant,
c/o Donna Connolly
484 Hawkins Avenue
Ronkonkoma, New York 11779

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x    Index No.:  08 CV 2365
ARTHUR BELFIORE,
                      Plaintiff,
        v.
                                             **AFFIDAVIT OF SERVICE**
979 THIRD AVENUE ASSOCIATES, LLC, D&D
BUILDING COMPANY, LLC, COHEN BROTHERS
REALTY CORPORATION AND TRICON
CONSTRUCTION SERVICES, INC.,

                      Defendants,
---------------------------------------x
TRICON CONSTRUCTION SERVICES, INC.,          Index No.:

           Third-Party Plaintiffs,
        v.

ALL KINDZA FLOORING, INC.,

           Third-Party Defendant,
---------------------------------------x
979 THIRD AVENUE ASSOCIATES, LLC, D&D        Index No.:
BUILDING COMPANY, LLC, COHEN BROTHERS
REALTY CORPORATION,

      Second Third-Party Plaintiffs,

        v.

DAVID SUTHERLAND SHOWROOMS - NEW
YORK LLC, AND ALL KINDZA FLOORING, INC.

      Second Third-Party Defendants.
---------------------------------------x
STATE OF NEW YORK          )
                             ss.
COUNTY OF NEW YORK         )
```

Vanessa Nicholas, being duly sworn, deposes and says:
1. That I am over the age of eighteen years and not a party to this action and reside in the City of Brooklyn, County of Kings and the State of New York
2. That on May 27, 2008, I served upon:

**Wagner & Wagner, LLP**
Attorneys for Plaintiff,
 **Arthur Belfiore**
2508 Amboy Road
Staten Island, New York 10306

**Abrams, Gorelick, Friedman & Jacobson, PC**
Attorneys for Defendant,
 **Tricon Construction Services, Inc.**
One Battery Park Plaza, 4th Floor
New York, New York 10004

**David Sutherland Showrooms - New York LLC**
 Third-Party Defendant
Ct Corporation System
111 Eighth Avenue
New York, New York, 10011

**All Kindza Flooring, Inc.**
Third-Party Defendant/
Second Third-Party Defendant,
c/o Donna Connolly
484 Hawkins Avenue
Ronkonkoma, New York 11779

a true copy of the annexed **NOTICE OF APPEARANCE** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of New York, at the address designated by him or her upon the last paper served by him or her in the action.

DATED:   May 27, 2008
         New York, New York

_Vanessa Nicholas_
Vanessa Nicholas

Sworn and subscribed
before me on May 27, 2008

_Aracelis Pineiro_
Notary Public

ARACELIS PINEIRO
NOTARY PUBLIC, State of New York
No. 01PI6122320
Qualified in Kings County
Commission Expires Feb. 7, 2009