UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ARTHUR BELFIORE,

                                                                     Plaintiff,

                   -against-                                          <u>DISCLOSURE STATEMENT</u>
                                                                               Case No.: 08 CV 2365

979 THIRD AVENUE ASSOCIATES, LLC, D&D
BUILDING COMPANY, LLC, COHEN BROTHERS
REALTY CORPORATION and TRICON
CONSTRUCTION SERVICES, INC.,

                                                                Defendants.
------------------------------------------------------------------------
979 THIRD AVENUE ASSOCIATES, LLC, D&D
BUILDING COMPANY, LLC, COHEN BROTHERS
REALTY CORPORATION,

                                                         Third-Party Plaintiff,

                  -against-

DAVID SUTHERLAND SHOWROOMS – NEW YORK,
LLC,

                                                     Third-Party Defendant.
------------------------------------------------------------------------X

      PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE, THE UNDERSIGNED COUNSEL FOR **DAVID SUTHERLAND SHOWROOMS - NEW YORK LLC** CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD: NONE.

Dated: New York, New York
       June 10, 2008

Respectfully,

*Kenneth Brown* 9641
Kenneth B. Brown, Esq. (KBB 9641)
LAW OFFICE OF JOHN P. HUMPHREYS
Attorneys for Third-Party Defendant
DAVID SUTHERLAND SHOWROOMS - NEW YORK LLC
485 Lexington Avenue, 7th Floor
New York, NY 10017
(917) 778-6600
Matter No.: 0921679KB

To:
Hoey, King, Toker & Epstein
Attorneys for Defendants/
Third-Party Plaintiffs
D&D Building Company, LLC,
Cohen Brothers Realty Corporation and
979 Third Avenue Associates, LLC
55 Water Street, 29th Floor
New York, New York 10041-2899

Wagner & Wagner, LLP
Attorneys for Plaintiff
2508 Amboy Road
Staten Island, New York 10306

Abrams, Gorelick, Friedman & Jacobson, PC
Attorneys for Defendant
Tricon Construction Services, Inc.
One Battery Park Plaza, 4th Floor
New York, New York 10004

STATE OF NEW YORK                                          AFFIDAVIT OF SERVICE
COUNTY OF NEW YORK                                                BY MAIL

       I, ROSANNA SERENO, being duly sworn, deposed and says that deponent is a secretary of the LAW OFFICE OF JOHN P. HUMPHREYS, attorneys for one of the parties herein; is over 18 years of age; is not a party to the action. The deponent served the papers noted below by regular mail, the same securely enclosed in the postage paid wrapper in the Letter Box maintained and exclusively controlled by the United States Postal Service at 485 Lexington Avenue, New York, New York 10017; directed to the said attorney(s) at the address indicated below; that being the address within the state designated by said attorney(s) for that purpose, or the place where said attorneys(s) then kept an office, between which places there then was and now is a regular communication by mail as follows:

Date mailed:        June 11, 2008

Re:                 Belfiore v. 979 Third Avenue Associates, et al.

Papers Served:      Disclosure Statement

To:
Hoey King Toker & Epstein
55 Water Street, 29th Floor
New York, New York 10041

Wagner & Wagner, LLP
2508 Amboy Road
Staten Island, New York 10306

Abrams Gorelick Friedman & Jacobson, PC
One Battery Park Plaza, 4th Floor
New York, New York 10004

                                        _Rosanna Sereno_
                                        ROSANNA SERENO

Sworn to before me this
11th day of June, 2008

_____
Notary Public

LAMBERTO Q. SESE
Notary Public, State of New York
No. 01SE6080713
Qualified in New York County
Commission Expires September 23, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                    Index No. :08 CV 2365

ARTHUR BELFIORE,

                                                               Plaintiff(s),

-against-

979 THIRD AVENUE ASSOCIATES, LLC, D&D BUILDING COMPANY, LLC, COHEN BROTHERS REALTY CORPORATION AND TRICON CONSTRUCTION SERVICES, INC.,

                                                               Defendant(s).

AND THIRD-PARTY ACTION

## DISCLOSURE STATEMENT

Law Office of
## JOHN P. HUMPHREYS

Attorneys for Defendant
DAVID SUTHERLAND SHOWROOMS - NEW YORK LLC
Office & P.O. Address
485 Lexington Avenue, 7th Floor
New York, New York 10017

Tel. No.: (917) 778-6600
Fax No.: (917) 778-7020
(917) 778-7022

TO:

Service of a copy of the within                                                                 is hereby admitted.

Dated:                                                          _____
                                                         Attorney(s) for

NOTICE OF ENTRY:

       PLEASE TAKE NOTICE that the within is a true copy of an order entered in office of the Clerk of the above Court on the ____ day of _____ 200 .

NOTICE OF SETTLEMENT:

       PLEASE TAKE NOTICE that the within proposed order will be presented for settlement and entry at the Courthouse on the ____ day of _____ 200 , at 10:00 a.m. at the office of the Clerk of the Part of this Court where the within described motion was heard.

Dated:    New York, New York                                             Law Office of
                                                                              JOHN P. HUMPHREYS
                                                                               Attorneys for Defendant(s)
                                                                               As Designated Above