## AFFIDAVIT OF SERVICE
## SECRETARY OF STATE

~~State of New York~~
~~Court County of~~
UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK

**Plaintiff,**

ARTHUR BELFIORE

-against-

979 THIRD AVENUE ASSOCIATES, LLC, et al,

Index #08 CV2365
File #35764530

**Defendant.**

State of New York
County of New York    SS:

__STEVEN AVERY__, being duly sworn deposes and says that I am over the age of eighteen years, not a party to this action, and reside in the State of New York.

That on the 24th day of June, 2008, at 11:45 A.M., 41 State Street, Albany, NY 12207, Office of the Secretary of State of New York, I served the annexed amended third party summons in a civil action and amended second/third party complaint upon All Kindza Flooring, Inc.

Defendant in this action, by delivering to and leaving personally with Donna Christie in the Office of the Secretary of State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of Forty Dollars.

That said service was pursuant to Section 306 of the Business Corporation Law.

DEPONENT describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

sex: female   color: white   hair: blonde   app. age: 35   app. ht: 5'5"   app. wt: 140

Deponent further says that I knew the person so served as aforesaid to be the Designated Person in the Office of the Secretary of State of New York.

Sworn to before me
25th day of June, 2008

AMELIA ELORRIAGA
Commissioner of Deeds
City of New York  No. 1-108
Certificate Filed in New York County
Commission Expires Nov. 1, 2008

STEVEN AVERY

## AFFIDAVIT OF SERVICE
## SECRETARY OF STATE

~~State of New York~~
~~County County of~~
UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK

ARTHUR BELFIORE

**Plaintiff,**

-against-

979 THIRD AVENUE ASSOCIATES, LLC, et al.,

**Defendant.**

Index #08 CV2365
File #35764530

State of New York
County of New York   SS:

__STEVEN AVERY__, being duly sworn deposes and says that I am over the age of eighteen years, not a party to this action, and reside in the State of New York.

That on the __24th__ day of __June__, 2008, at __11:45__ A.M., 41 State Street, Albany, NY 12207, Office of the Secretary of State of New York, I served the annexed __amended third party summons in a civil action and amended second third party complaint__ upon __David Sutherland Showrooms New York LLC__ Defendant in this action, by delivering to and leaving personally with __Donna Christie__ in the Office of the Secretary of State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of Forty Dollars.

That said service was pursuant to Section __303 LLC__ of the Business Corporation Law.

DEPONENT describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

sex: female   color: white   hair: blonde   app. age: 35   app. ht: 5'5"   app. wt: 140

Deponent further says that I knew the person so served as aforesaid to be the Designated Person in the Office of the Secretary of State of New York.

Sworn to before me

__25th__ day of __June__, 2008

AMELIA ELORRIAGA
Commissioner of Deeds
City of New York  No. 1-108
Certificate Filed in New York County
Commission Expires Nov. 1, 200_

STEVEN AVERY