The Law Firm of
# WAGNER & WAGNER, LLP

| | |
|---|---|
| Edward Wagner, Esq.† | 2508 Amboy Road |
| Judy Wagner, Esq.† | Staten Island, NY 10306 |
| | |
| † Admitted to practice in | Telephone (718) 667-7400 |
| New York and New Jersey | Facsimile (718) 667-3338 |

September 5, 2008                                                                VIA ECF SYSTEM

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1970
New York, NY 10007

Att: Hon. US Magistrate Judge Ronald L. Ellis

Re:   Caption:      Belfiore v. 979 Third Avenue Associates,
      Civil #:      08-CV-2365 (LAP)(RLE)
      Our #:        1324

Dear Judge Ellis:

Please be advised that the above referenced matter has been settled for the total sum of **$125,000.00** to be paid as follows: $75,000.00 by Chubb Insurance Group on behalf of 979 Third Avenue Associates, LLC, D&D Building Company, LLC, and Cohen Brothers Realty Corporation; $30,000.00 by QBE Insurance Corporation on behalf of Tricon Construction Services, Inc.; and $20,000.00 by St. Paul Travelers on behalf of David Sutherland Showrooms - New York, LLC,.

Thank you for your efforts in helping to bring this matter to a resolution.

Very truly yours,

*Judy Wagner*

JUDY WAGNER, ESQ.

cc:  Hoey, King, Attn: Angela Pensabene, Esq. Via ECF System
     Chubb Insurance, Attn: Sharlene Guthman Via facsimile- (516) 745-8498
     Abrams, Gorelick, Attn: Steven DiSiervi, Esq. Via ECF System
     Rockville Risk Management Associates, Attn: Michael Walsh Via Facsimile 516-536-2234
     James J. Toomey, Attn: Ken Brown Via facsimile Via ECF System
     St. Paul Travelers, Attn: Paul Weiser Via facsimile- 631-577-7885